UNITED STATES BANKRUPCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

April 03, 2014

COMES NOW, LINDA B. GORE, STANDING CHAPTER 13 TRUSTEE AND SUBMITS THE FOLLOWING FUNDS IN CLOSED CASES PURSUANT TO 11 U.S.C. SEC 347(a) AND BANKRUPTCY RULE 3011:

| CASE # | DEBTOR | CREDITOR | AMOUNT | CHK # |
|---|---|---|---|---|
| 1183156 | Milton L. Shelton<br>Susan K. Shelton | Milton L. Shelton & Susan K. Shelton<br>317-8th Avenue, NW<br>Decatur, AL 35601 | 275.33 | 1163552 |
| 0982033 | ARTHUR C. BROWN<br>ETTA J. BROWN | ARTHUR C. BROWN & ETTA J. BROWN<br>312 COUNTY ROAD 83<br>BREMEN, AL 35033 | 1,386.59 | 1163556 |
| 0883535 | THOMAS LEON BALDWIN, II<br>CAMMIE SUE BALDWIN | THOMAS LEON BALDWIN, II & CAMMIE SUE BALDWIN<br>833 CLUTTS RD.<br>HARVEST, AL 35749 | 778.00 | 1163557 |
| 0882379 | BILLY NASH<br>LOIS GRANT | BILLY NASH & LOIS GRANT<br>4012 NEWSON ROAD APT. 10<br>HUNTSVILLE, AL 35805 | 262.00 | 1163667 |
| | | | 2,701.92 | |

THIS THE 3RD DAY OF APRIL, 2014.

LINDA B. GORE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 2388
DECATUR, AL 35602-2388
(256)350-0442

Page 1 of 1

⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**LINDA B. GORE, STANDING TRUSTEE**
CHAPTER 13
P.O. BOX 2388
DECATUR, ALABAMA 35602

64-79/611



1171219

DATE: 04/04/2014

VOID 90 DAYS AFTER DATE

PAY Exactly Two Thousand Seven Hundred One And 92 / 100 Dollars



TO THE ORDER OF

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
UNCLAIMED FUNDS
1800 5TH AVENUE N ROOM 120
BIRMINGHAM, AL 35203

⑈1171219⑈ ⑆061100790⑆ 8800519251⑈

LINDA B. GORE, STANDING TRUSTEE • CHAPTER 13 • DECATUR, ALABAMA

Check No.: 1171219
Date: 04/04/2014

1171219

Payee: UNITED STATES BANKRUPTCY COURT

| Case No. | Claim | Debtor Name(s) | SSN 1 | SSN 2 | Account No. | Payment Amt. | Principal | Interest |
|---|---|---|---|---|---|---|---|---|
| 0882379 | 00000 | BILLY NASH & LOIS GRANT | 5431 | 4951 | | 262.00 | 262.00 | 0.00 |
| 0883535 | 00000 | THOMAS LEON BALDWIN II & CAMMIE SUE BALDWIN | 7231 | 4724 | | 778.00 | 778.00 | 0.00 |
| 0982033 | 00000 | ARTHUR C. & ETTA J. BROWN | 1284 | 6985 | | 1,386.59 | 1,386.59 | 0.00 |
| 1183156 | 00000 | Milton L. & Susan K. Shelton | 4070 | 1067 | | 275.33 | 275.33 | 0.00 |
| | | TOTALS | | | | 2,701.92 | 2,701.92 | 0.00 |